**SO ORDERED.**

**SIGNED this 10 day of December, 2009.**



_____
Dale L. Somers
**UNITED STATES BANKRUPTCY JUDGE**

_____

Not Designated for Publication
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| In re:<br>**DAVID SMITH, SSN: xxx-xx-7426**<br>**ROCHELLE SMITH, aka Rochelle**<br>**McClure, SSN: xxx-xx-8264**<br>                    **DEBTORS.** | **CASE NO. 09-13942-7**<br>**CHAPTER 7** |

**ORDER OF DISMISSAL**

After reviewing the file and being duly advised, the Court finds this case should be dismissed for the following reason:

The pro se Debtors submitted materials they intended to file in their pending case, Case No. 09-13497, but the materials were mistakenly entered as a new case filing. This case is void ab initio and shall not be reported on the Debtors' credit report.

This case is therefore dismissed, and the Clerk's Office is directed to re-enter the materials in Case No. 09-13497.

# # #